COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

R. Michael Moity Jr.
The Moity Law Firm
340 Weeks St.
New Iberia LA 70560

**REHEARING ACTION: September 2, 2009**

**Docket Number: 09   00715-KW**

**STATE OF LOUISIANA**
**VERSUS**
**SHANE RAY ROBERTS**

**Writ Application from Iberia Parish Case No. 07-1428**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Shane Ray Roberts** has this day been

    **DENIED.**
    Cooks, J., would grant a rehearing

cc: Hon. James David Caldwell, Counsel for the Respondent
    Terri R. Lacy, Counsel for the Respondent
    Matthew B. Derbes, Counsel for the Respondent